IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUIS MEZA-GALVEZ,<br><br>                Defendant. | **8:13CR244**<br><br>**ORDER** |

The Clerk's Office has requested that Document Number 11 be stricken from the record for the following reason:

- The document is an incorrect document and should not have been filed.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 11 from the record. The correct document has been filed at Document Number 27.

Dated this 26th day of June, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge