IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LUIS MEZA-GALVEZ,<br><br>　　　　　　Defendant. | 8:13CR244<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed Motion for Continuance of Sentencing (filing 269) is granted.

2. Defendant Luis Meza-Galvez's sentencing is continued to Friday, July 11, 2014, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of May, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge