IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:13CR244 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LUIS MEZA-GALVEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed Motion for Continuance of Sentencing (filing 331) is granted.

2. Defendant Luis Meza-Galvez's sentencing is continued to Friday, September 5, 2014, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge