IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS MEZA-GALVEZ,<br><br>Defendant. | 8:13-CR-244<br><br>ORDER |

    This matter is before the Court on the defendant's motion to proceed on appeal in forma pauperis. Filing 399. Defense counsel states that the defendant is not able to afford to pay for the costs of an appeal. This is confirmed by the facts contained in the presentence investigation report. Therefore, the defendant's motion (filing 399) is granted, and the defendant is permitted to proceed on appeal in forma pauperis.

    Dated this 20th day of January, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge